374 A.2d 704

Commonwealth v. Jones, Appellant.

Argued April 15, 1977. John Woodcock, Jr., Public Defender, for appellant; J. Michael Dorezas, Assistant District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.